Clear Form

'07 AUG 13 P 4:46

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT

**FILED**

AUG 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MRS LOUIS T. RECHT
D. CEDRIC RECHT PC
TIMOTHY HORT
ALIAS/SES
ANOTHER THAN KNOWN
FICTITIOUS THRU CIA / FBI
BOARDS OF CONGRESS AS
T. RECHT MD
CLYDE TOM PAIN MARCIA MILLS
PHYLLIS CAMPBELL KAN CTU
CAMPBELL RICHARD CANADIAN
DOC CAMPBELL WILLIAM WILLIS LISA WINTER
LAURA MILLS LAURA PAULAND

Plaintiff,

Defendant

CASE NO. 07 4423

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

WDB

I, D. CEDRIC RECHT PC MAJOR DOCTOR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                Yes ____ No ✗ SSA

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1500 00 PER MONTH                Net: _____

Employer: SSA _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:                              *STILL SAFE 2/2/03*
                                                    *WIDOW OF DOCTOR LOUIS T.*

7       a.     Business, Profession or              Yes ___ No ___  *RECKLIN*
                                                                    *BY*
8              self employment?                                     *ADAM FISHER*

9       b.     Income from stocks, bonds,           Yes ___ No ___  *CLIXBE*
                                                                    *TAX PLUS*
                                                                    *COMMISSIONS*
10              or royalties?                                        *CANCER*
                                                                    *DOCTORS*
11       c.     Rent payments?                       Yes ___ No ___  *POLICE*
                                                                    *INCOME*
12       d.     Pensions, annuities, or              Yes ___ No ___  *ALLENS*
                                                                    *BILLIOPS*
13              life insurance payments?

14       e.     Federal or State welfare payments,   Yes ___ No ___

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.     Are you married?        *WIDOWED 2/2/13*    Yes _X_ No ___

22  Spouse's Full Name: _*DR. LOUIS T. RECKLIN WHO DATE OF DEATH*_

23  Spouse's Place of Employment: _____  *2/2/03*

24  Spouse's Monthly Salary, Wages or Income: *UNLIMITED*

25  Gross $_____   Net $_____

26  4.     a.     List amount you contribute to your spouse's support:$ _____

27       b.     List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?         X  Stolen, sold  Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    yes  Stolen Titles  Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes X  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _Mizola Bank in De Leca_

_Honolulu O Fin Ice  Wells Fargo Bank_
_Bank of America_

Present balance(s): $ _____

Do you own any cash?  Yes ____ No X  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                        Yes ____ No ✓ ____

_____

8.    What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _Household Fin Inc_ _Action Bank_ | $ _____ | $ _____ |
| _Wells Fargo_ | $ _____ | $ _____ |
| _Bank of Americas_ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

- 3 -

1   _____

2   10.    Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?    Yes _X_ No ___

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   Visa , Hearciwld Fine Ing united States

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10  August 27, 2007 Dr. Clara Recht Pc PcChary Recht Pc

11  _____    _____

12          DATE                      SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-