**FILED**

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**WDB**

Mrs Louis T. Rech, Dr Craig Rech PC, Timothy Hoyt, Assises, Another USA who works thru CIA/FBI coworkers as Romans of Doctor Louis Techtield

Plaintiff(s),

No. C 07 4423

v.

Jim Wills, Art Wills Curtis, Willard and Laura Mills, Patricia Jo Wills, Templa W, Phyllis Campbell, Marcia T Wills, Kenneth Linda D. Winters, Richard Campbell, Laura A. Faulkner, Doc Campbell

Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ~~April 14, 2007~~ August 26, 2007

Signature: Mrs Louis T Rech, Dr Craig Rech PC

Counsel for: Pro per / Pro se

(Plaintiff, Defendant or indicate "pro se")