1  Mrs Louis T. Recht
   **Name and Address**
2  General Delivery
3  Seattle WA 98101

FILED
AUG 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

7  Dr. Cedric Recht PC name Forum Paideias
   Mrs Louis T. Recht
   Timothy Helt
8  Addresses — Dem T
   Another man who works there now   Case No. C07-04423 WDB
9  Remains of Doctor Louis T. Recht MD

10  **Plaintiff / Petitioner**              **Document Name:**

11  VS.

12                                          Name Changes
13  Clyde Tomlins                           on Defendant
14  **Defendant / Respondent**              Misspelled

17  Name of Defendant is misspelled
18  Clyde Tomlin — "Tomlin" last name
19  Date Aug 29, 2007
20  Mrs Louis T. Recht now Louis J. Recht
21  Dr. Cedric Recht PC name to Craig Recht PC name